IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN STEPNOWSKI,

               Plaintiff,            JUDGMENT IN A CIVIL CASE

v.                                        10-cv-691-wmc

DR. PLANK,
HEALTH PROFESSIONALS, LTD.,
WINNEBAGO COUNTY JAIL,
DEPARTMENT OF CORRECTIONS,
FOX LAKE CORRECTIONAL and
JACKSON CORRECTIONAL,

               Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff John Stepnowski leave to proceed *in forma pauperis* and dismissing this case.

_____       2/14/12
Peter Oppeneer, Clerk of Court          Date